UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brandon Dalton, | Case No. 20-cv-1667 (PJS/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| FCI Sandstone, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 26, 2021. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Petitioner Brandon Dalton's petition for a writ of habeas corpus [Dkt. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. No Certificate of Appealability shall be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 4/28/21
s/Patrick J. Schiltz_____
Patrick J. Schiltz
United States District Judge